**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GARY READ, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>     v.<br><br>CENLAR FSB,<br><br>           Defendant. | **Case No.:** 5:21-cv-00504-JGB-(SPx)<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>**Scheduling Conference:** January 24, 2022 at 11:00 a.m. |

**TO THIS COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the action has settled on an individual basis. Therefore, Plaintiff Gary Read respectfully requests that all pending deadlines be vacated (including the January 24, 2022 scheduling conference), and that the Court afford the parties until March 4, 2022 to file a joint stipulation to dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:  January 20, 2022                              Respectfully Submitted,

                                                             **KAZEROUNI LAW GROUP, APC**

                                                             By:  /s/ *Jason A. Ibey*
                                                                     JASON A. IBEY, ESQ.
                                                                     jason@kazlg.com

                                                            *Attorney for Plaintiff*