LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Lindsey E. Kress (SBN 278213)
lkress@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendant
Cenlar FSB

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GARY READ, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CENLAR FSB, <br><br> Defendant. | CASE NO.: 5:21-cv-00504-JGB-SP <br><br> **STIPULATION DISMISSING ACTION** <br><br> Complaint Filed: March 23, 2021 |

Plaintiff Gary Read ("Read") and Defendant Cenlar FSB ("Cenlar") (collectively, the "Parties"), by and through their counsel of record, submit the following stipulation and joint request as follows:

1. WHEREAS, Read filed the operative Third Amended Complaint ("TAC") on behalf of himself and a purported class on October 12, 2021 (ECF 31);

2. WHEREAS, Cenlar filed an Answer to the TAC on October 26, 2021 (ECF 32);

3.     WHEREAS, Read filed a Notice of Settlement on an Individual Basis to request all pending court deadlines be vacated to afford Read and Cenlar the opportunity to file a joint stipulation to dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF 49);

4.     WHEREAS, Read has never sought or obtained certification of any class;

NOW, THEREFORE, the Parties hereby stipulate and agree that:

5.     The Parties respectfully request the Court enter an order:

    a.     Dismissing Read's claims with prejudice, and

    b.     Dismissing the claims of the putative class without prejudice.

6.     The Parties agree to each bear their own costs and attorneys' fees incurred in connection with this action.

IT IS SO STIPULATED.

Dated: March 14, 2022          Respectfully submitted,

                                              LOCKE LORD LLP


By: /s/ Regina J. McClendon
      Regina J. McClendon
      Lindsey E. Kress
Attorneys for Defendant Cenlar FSB


Dated: March 14, 2022          KAZEROUNI LAW GROUP, APC


By: /s/ Jason A. Ibey
      Abbas Kazerounian
      Jason A. Ibey
Attorneys for Plaintiff Gary Read

**Locke Lord LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filing attorney attests that she has obtained concurrence regarding this document's content and authorization to file this document from the indicated signatories to the document.

Dated: March 14, 2022         /s/ *Regina J. McClendon*
                                               Regina J. McClendon